727    In re Inflight Explosion on Trans World Airlines Aircraft Approaching Athens, Greece, on April 2, 1986

| | | |
|---|---|---|
| 87/02/06 | 1 | MOTION, BRIEF, SCHEDULE (A-1 and A-4), EXHIBIT A, CERTIFICATE OF SERVICE -- deft. Trans World Airlines, Inc. -- SUGGESTED TRANSFEREE DISTRICT: S.D. of New York (tmq) |
| 87/02/17 | | APPEARANCES: MARTIN L. BARON, ESQ. for Anthanasios Polyzos, et al.; FREDERIC LEWIS, ESQ. for The Estate of Alberto Ospina, et al.; DANIEL F. HAYES, ESQ. for Mohsen Youssef; NICHOLAS GILMAN, ESQ. for Warren Klug, Jr. (tmq) |
| 87/02/19 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 26, 1987 in San Diego, California (cds) |
| 87/02/19 | 2 | CROSS-MOTION -- Pltf. A-3 -- Mohsen Youseff for transfer of actions -- SUGGESTED TRANSFEREE DISTRICT: E.D. New York -- w/letter asking that motion be accepted as motion and brief -- w/cert. of svc. (tmq) |
| 87/03/06 | 3 | LETTER WITH CORRECTED SCHEDULE OF ACTIONS REGARDING CROSS MOTION (pleading #2) -- New Schedule adds A-5 Abrihim Alnaami, et al. v. Trans World Airlines, E.D. New York, #87-Civ-0335 -- pltfs. Mohsen Youseff and Ibrihim Alnaami, et al. -- w/cert. of service (cds) |
| 87/03/06 | 4 | LETTER (re A-5) -- signed by John N. Roman, counsel for Trans World Airlines -- w/service (cds) |
| 87/03/09 | 5 | REPLY -- deft. Trans World Airlines, Inc. -- w/cert. of service (cds) |
| 87/03/12 | 6 | LETTER (requesting change to MDL caption) -- signed by Carey L. Critchlow, Esq., counsel for Trans World Airlines, Inc. (cds) |
| 87/03/24 | | HEARING APPEARANCES: (3/26/87) -- JOHN N. ROMANS, ESQ. for Trans World Airlines, Inc.; NICHOLAS GILMAN, ESQ. for Warren Klug, Jr., et al.; NICHOLAS GILMAN, ESQ. for Mohsen Youseff. (tmq) |
| 87/03/26 | | WAIVERS OF ORAL ARGUMENT FOR 3/26/87 HEARING SAN DIEGO, CALIFORNIA -- ALL WAIVE (tmq) |
| 87/03/30 | | WAIVERS OF ORAL ARGUMENT FOR 3/26/87 HEARING SAN DIEGO, CALIFORNIA -- HOMEYRA FERRUFINO. (tmq) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 727 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/04/17 | | CONSENT OF TRANSFEREE COURT -- for transfer of actions to the E.D. New York, before Judge Weinstein. (paa) |
| 87/04/17 | | TRANSFER ORDER (re A-1, A-2 & A-4) -- transferring actions to the E.D. New York before the Honorable Jack B. Weinstein -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL AND MISC. RECIPIENTS. (paa) |
| 87/05/08 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- A-6 Jeanette Chaffee, et al. v. Trans World Airlines, Inc., W.D. Missouri, C.A. No. 87-0337-CV-W9 -- Notified involved counsel and judges. (tmq) |
| 87/05/22 | 7 | NOTICE OF OPPOSITION -- A-6 Jeanette Chaffee, et al. v. Trans World Airlines, Inc., W.D. Missouri, C.A. No. 87-0337-CV-W9 -- Filed by plaintiff Jeanette Chaffee -- NOTIFIED INVOLVED JUDGES & COUNSEL (paa) |
| 87/06/08 | 8 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER, W/BRIEF AND EXHIBIT A (A-6) Jeanette Chaffee, et al. v. Trans World Airlines, Inc., W.D. Mo., #87-0337-CV-W9 -- pltfs. Jeanette Chaffee, et al. -- w/cert. of service (cds) |
| 87/06/19 | | HEARING ORDER -- Setting oposition of A-6 Jeanette Chaffee (plaintiff) -- Boston, Mass, July 23, 1987 -- Notified counsel, involved judges clerks (rew) |
| ~~87/06/22~~ | ~~9~~ | ~~RESPONSE(to pldg=+@ %% PhkpF Iistq Bairo EfirfthqZ GteF %% W"hcufnfpq sto ehip ak qleF ©pxw@~~ |
| 87/06/23 | 9 | RESPONSE(to pldg. #8) -- Deft. Trans World Airlines, Inc. -- w/exhibits and cert. of svc. (tmq) |
| 87/07/07 | 10 | RESPONSE (to pldg. #8) -- pltfs. Klug, Styrian, Alnaami and Youseff -- w/cert. of service (cds) |
| 87/07/22 | | WAIVERS OF ORAL ARGUMENT FOR 7/23/87 HEARING: Trans World Airlines, Inc., Jeanette Chaffee, et al. (tmq) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 727 -- In re Inflight Explosion on Trans World Airlines Aircraft Approaching Athens, Greece, on April 2, 1986

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/08/31 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- A-7 Concettina G. Caruso, et al. v. Trans World Airlines, Inc., W.D. Missouri, C.A. No. 87-0699-CV-W-9 -- Notified involved counsel and judges. (tmq) |
| 87/08/31 | 11 | LETTER -- RE: A-6 Chaffee, et al. Filed by TWA -- w/cert. of svc. (rh) |
| 87/09/01 | | TRANSFER ORDER -- A-6 Jeanette Chaffee, et al. v. Trans World Airlines, Inc., W.D. Missouri, C.A. No. 87-0337-CV-W9 -- (action transferred to E.D. New York) -- Notified involved judges, clerks and counsel (rh) |
| 87/09/16 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- A-7 Concettina G. Caruso, et al. v. Trans World Airlines, Inc., W.D. Missouri, C.A. No. 87-0699-CV-W-9 -- Notified involved judges and clerks. (paa) |
| 87/09/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-8 George D. Kennedy, et al. v. Trans World Airlines, Inc., et al., N.D. Georgia, C.A. No. C87-1927A -- Notified involved counsel and judges (rh) |
| 87/10/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-9 Jeanette Chaffee, et al. v. Trans World Airlines, Inc., W.D. Missouri, C.A. No. 87-0367-CV-W9 -- Notified involved counsel and judges (rh) |
| 87/10/13 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-8 George D. Kennedy, et al. v. Trans World Airlines, Inc., et al., N.D. Georgia, C.A. No. C87-1927A -- Notified involved judges and clerks (rh) |
| 87/10/21 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-9 Jeanette Chaffee, et al. v. Trans World Airlines, Inc., W.D. Missouri, C.A. No. 87-0367-CV-W9 -- Notified involved judges and clerks. (tmq) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 727 -- In re Inflight Explosion on Trans World Airlines Aircraft Approaching Athens, Greece, on April 2, 1986

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/07/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-10 Luis Ramos v. Trans World Airlines, Inc., D.D.C., C.A. No. 88-877 -- Notified involved counsel and judges. (ds) |
| 88/08/01 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- **B-10** Luis Ramos v. Trans World Airlines, Inc., D. District of Columbia, C.A. No. 88-0877 -- Notified involved judge and clerk (cds) |
| 89/10/04 | 12 | SUGGESTION OF REMAND -- Memo to J. Weinstein from Clerk, E.D.N.Y. dtd 8/29/89 suggesting remand of B-10 Ramos v. TWA (ds) |
| 89/10/04 | | CONDITIONAL REMAND ORDER FILED TODAY -- B-10 Luis Ramos v. Trans World Airlines, Inc., E.D. New York, C.A. No. 88-2568 (D. District of Columbia, C.A. No. 88-877) -- Notified involved judge and counsel (ds) |
| 89/10/20 | | CONDITIONAL REMAND ORDER **FINAL** TODAY -- **B-10** Luis Ramos v. Trans World Airlines, Inc., E.D. New York, C.A. No. 88-2568 (D. District of Columbia, C.A. No. 88-877) -- Notified involved judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 727 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Inflight Explosion on Trans World Airlines Aircraft Approaching Athens, Greece, on April 2, 1986

## SUMMARY OF LITIGATION

Hearing Dates: March 26, 1987

| Orders | | | Transferee | | |
|---|---|---|---|---|---|
| Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| April 17, 1987 | TO | unpublished | E.D. New York  201 | Jack B. Weinstein | |

Special Transferee Information

DATE CLOSED: 10/24/91

JPML FORM 1

**LISTING OF INVOLVED ACTIONS**

E.D. New York
Judge Weinstein

DOCKET NO. 727 -- In re Inflight Explosion on Trans World Airlines (~~Airways~~) Aircraft Approaching Athens, Greece, on April 2, 1986

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Anthanasios Polyzos, et al. v. Trans World Airlines | N.Y.,S. Owen | 86-Civ-8996 | 4-17-87 | 87-1232 | trans. to N.Y.E. 10/24/91 closed | |
| A-2 | The Estate of Alberto Ospina, et al. v. Trans World Airlines | N.Y.,S. Duffy | 86-Civ-8355 | 4-17-87 | 87-1238 | | |
| A-3 | Mohsen Youseff v. Trans World Airlines | N.Y.,E. Weinstein | 87-Civ-0060 | — | | judgment 10/24/91 | |
| A-4 | Warren Klug, Jr., et al. v. Trans World Airlines | D.C. Pratt | 86-3147 | 4-17-87 | 87-1239 | closed 10/24/91 | |
| A-5 | Ibrihim Alnaami, et al. v. Trans World Airlines | N.Y.,E. Weinstein | 87-Civ-0335 | — | | judgment 6/91 10/24/91 closed | |
| A-6 | Jeanette Chaffee, et al. v. Trans World Airlines, Inc. 5/8/87 OPPOSED - 5-22-87 | W.D.Mo. Bartlett W9 | 87-0337-CV-W9 | 9-1-87 | 87-3140 | | |
| A-7 | Concettina G. Caruso, et al. v. Trans World Airlines, Inc. 8/31/87 | Mo.,W. Bartlett W-9 | 87-0699-CV | 9-16-87 | 87-3262 | closed 10/24/91 | |
| B-8 | George D. Kennedy, et al. v. Trans World Airlines, Inc., et al. 9-24-87 | Ga.,N. Hall | C87-1927A | 10-15-87 | 87-3646 | Remanded to Ga State court 9/24/87 | |
| B-9 | Jeanette Chaffee, et al. v. Trans World Airlines, Inc. 10-5-87 | W.D.Mo. Bartlett | 87-0367-CV-W9 | 10/21/87 | 87-4000 | 10/24/91 | |
| B-10 | Luis Ramos v. Trans World Airlines, Inc. 7/14/88 | D.D.C. Penn | 88--877 | 8/1/88 | 88-2568 | 10-20-89 R 10/24/91 | |

July 1987 - 3 TR/2 XV2/5 pdg

July 1988/ 7 TR/2 XV2/9 pdg

July 1989/ 6 TR/ 10 pending
July 1990 2 b/3/ 1 rem/ 7 pending  closed

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | Sandra Noulas, et al. v. Trans World Airlines, Inc. | N.Y.,E. | 87-2624 | | | 11/9/87D | |

JPML Form 4

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 727 -- In re Inflight Explosion on Trans World Airlines Aircraft Approaching Athens, Greece, on April 2, 1986

---

TRANS WORLD AIRLINES
John T. Roman, Esquire
Curtis, Mallet-Prevost, Colt
    & Mosle
101 Park Avenue
New York, New York 10178-0061

ANTHANASIOS POLYZOS, ET AL. (A-1)
Martin L. Baron, Esquire
Baron & Vesel, P.C.
108-18 Queens Boulevard
Forest Hills, New York 11375

THE ESTATE OF ALBERTO OSPINA, ET AL.
        (A-2)
Frederic Lewis, Esquire
Lewis, Robbins, Zaslav & Auerbach, P.C.
30 Vesey Street
New York, New York 10007

MOHSEN YOUSEFF (A-3)
IABRIHAM ALNAAMI, ET AL. (A-5)
Daniel F. Hayes, Esquire
Salibello, Hayes & Zahn
Suite 1420
19 Rector Street
New York, New York 10006

WARREN KLUG, JR., ET AL. (A-4)
Nicholas Gilman, Esquire
Smiley, Olson, Gilman & Pangia
1815 H Street N.W.
Suite 600
Washington, D.C. 20006

JEANETTE CHAFFEE, ET AL. (A-6)
CAONCETTINA G. CARUSO, ET AL. (A-7)
C. John Caskey, Esquire
732 North Boulevard, Suite B
Baton Rouge, LA 70802

GEORGE D. KENNEDY, ET AL. (B-8)
Hirsh Friedman, Esquire
P.O. Bopx 52406
335 Kelson Drive
Atlanta, GA 30327

SOCIALISTS PEOPLE'S LIBYAN
ARAB JAMAHIRIYA (Deft. in B-8)
Unable to determine address or counsel

JEANETTE CHAFFEE, ET AL. (B-9)
C. John Caskey, Esq.
(Same As A-6)

  LUIS RAMOS (B-10)
  Andrew J. Kline, Esquire
  Kivitz & Liptz
  5225 Wisconsin Avenue, N.W.
  Suite 600
  Washington, D.C. 20015

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 727 -- In re Inflight Explosion on Trans World Airlines Aircraft Approaching Athens, Greece, on April 2, 1986

| Name of Party | Named as Party in Following Actions |
|---|---|
| TRANS WORLD AIRLINES | A-1, A-2, A-3, A-4, A-5, A-6, A-7, B-8, B-9, B-10 |
| Socialist Peoples Libyan Arab Jamahiriya | B-8 |