JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 17 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 727

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE INFLIGHT EXPLOSION ON TRANS WORLD AIRLINES AIRCRAFT APPROACHING ATHENS, GREECE, ON APRIL 2, 1986

TRANSFER ORDER*

    This litigation consists of five actions listed on the attached Schedule A and pending in three districts as follows: two actions each in the Eastern and Southern Districts of New York, and one action in the District of the District of Columbia. Defendant Trans World Airlines, Inc. (TWA) filed the initial motion in this docket (before all five actions were pending) seeking centralization of four of the actions in the Southern District of New York for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407. Plaintiffs in the two Eastern District of New York actions and the District of Columbia action have cross-moved seeking centralization of all five actions in the Eastern District of New York. No party opposes centralization; the only disagreement concerns the location of the transferee district.

    On the basis of the papers filed and the hearing held, the Panel finds that these five actions involve common questions of fact, and that centralization under Section 1407 in the Eastern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions are brought against TWA seeking recovery for damages allegedly arising from an inflight explosion aboard a TWA aircraft, and we agree with all responding parties that centralization is necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, witnesses and the judiciary.

    Inasmuch as the inflight explosion which gave rise to this litigation occurred on a TWA aircraft enroute from Rome, Italy, to Athens, Greece, neither the Eastern nor the Southern District of New York can be said to serve as the nexus of this litigation. It appears, however, that witnesses and documents relating to TWA's security program and flight operations will be found at TWA offices and facilities in New York City. As such, either the Eastern or the Southern District of New York would be an appropriate transferee district. We select the former.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Eastern District of New York be, and the same hereby

---

\*    Judge Louis H. Pollak took no part in the decision of this matter.

are, transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Jack B. Weinstein for coordinated or consolidated pretrial proceedings with actions pending in that district and listed on Schedule A.

                                       FOR THE PANEL:

                                       Andrew A. Caffrey
                                       Chairman

SCHEDULE A

MDL-727 -- In re Inflight Explosion on Trans World Airlines Aircraft
Approaching Athens, Greece, on April 2, 1986

### Southern District of New York

Anthanasios Polyzos, et al. v. Trans World Airlines
  C.A. No. 86-Civ-8996
The Estate of Alberto Ospina, et al. v. Trans World Airlines
  C.A. No. 86-Civ-8355

### Eastern District of New York

Mohsen Youseff v. Trans World Airlines
  C.A. No. 87-Civ-0060
Ibrihim Alnaami, et al. v. Trans World Airlines
  C.A. No. 87-Civ-0335

### District of the Disrict of Columbia

Warren Klug, Jr., et al. v. Trans World Airlines
  C.A. No. 86-3147